# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CINDY WARNICK**                                                                                       **PLAINTIFF**

**VS.**                              **NO. 3:14CV00065 JTR**

**CAROLYN W. COLVIN,**
Acting Commissioner,
Social Security Administration                                                              **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 24th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE